TM:EAG/JDG
F.#2010R00223

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

SEBASTIANO SARACINO,
    also known as "Sebby" and
    "Sebastian Saracino,"

              Defendant.

- - - - - - - - - - - - - - - -X

I N D I C T M E N T

CR No. 0173
(T. 8 U.S.C., §§ 1425(a) and 3551 et seq.)

COGAN, J.

THE GRAND JURY CHARGES:

ATTEMPT TO PROCURE NATURALIZATION

On or about January 3, 2002, within the Eastern District of New York and elsewhere, the defendant SEBASTIANO SARACINO, also known as "Sebby" and "Sebastian Saracino," did knowingly and intentionally attempt to procure, contrary to law, naturalization, in that SARACINO did knowingly and intentionally make one or more false statements under oath, in a case, proceeding and matter relating to naturalization and citizenship, to wit: SARACINO did falsely state that he (1) had not knowingly committed a crime for which he had not been arrested and (2) did

not belong to and was not affiliated with any organizations, associations or society, in violation of Title 18, United States Code, Section 1015(a).

(Title 18, United States Code, Sections 1425(a) and 3551 et seq.)

A TRUE BILL

_____
FOREPERSON

_____
BENTON J. CAMPBELL
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

2

F. #2010R00223
FORM DBD-34
JUN. 85

No.

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

*vs.*

SEBASTIANO SARACINO,
also known as "Sebby" and "Sebastian Saracino,"

Defendant.

## INDICTMENT

(T. 18, U.S.C., §§ 1425(a) and 3551 et seq.)

A true bill.

_____
Foreman

Filed in open court this _____ day,

of _____ A.D. 20 ___

_____
Clerk

Bail, $ _____

*Elizabeth Geddes and James Gatta, Assistant U.S. Attorneys*

  

INFORMATION SHEET

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

1. Title of Case: **United States v. Sebastiano Saracino**

2. Related Magistrate Docket Number(s): 10-mj-00130

3. Arrest Date: **February 8, 2010**

4. Nature of offense(s): ☒ Felony
   ☐ Misdemeanor

   **COGAN, J.**

5. Related Cases - Title and Docket No(s). (Pursuant to Rule 50.3 of the Local E.D.N.Y. Division of Business Rules):

   **United States v. Gioeli, et al., 08 Cr. 240 (BMC)**

6. Projected Length of Trial:  Less than 6 weeks  (X)
   More than 6 weeks  ( )

7. County in which crime was allegedly committed: Kings
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Has this indictment/information been ordered sealed?  ( ) Yes  (X) No

9. Have arrest warrants been ordered?  ( ) Yes  (X) No

BENTON J. CAMPBELL
UNITED STATES ATTORNEY

By: _____
James D. Gatta
Assistant U.S. Attorney
718-254-6356

Rev. 3/22/01