

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

TM:EAG/JDG
F.#2010R00223

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

So Ordered: /s/(BMC)

Brian M. Cogan
U.S. District Judge
3/12/10

March 10, 2010

CR10 - 0173

COGAN, J.
Reyes

By Hand Delivery

The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>United States v. Sebastiano Saracino</u>

Dear Judge Cogan:

Pursuant to Chief Judge Dearie's Administrative Order dated February 27, 2008 ("Administrative Order"), the government hereby certifies to the Court that the above-captioned case is properly related to <u>United States v. Thomas Gioeli, et al.</u>, No. 08 CR 240 (BMC) ("<u>Gioeli</u>").

The Administrative Order provides in relevant part:

> [N]otwithstanding any provision of Rule 50.3 of the Rules for the Division of Business Among District Judges, the Clerk of the Court is directed to assign all criminal cases randomly, unless the United States Attorney certifies in writing at the time of filing that a case to be assigned satisfies one of the three conditions in Rule 50.3(c), or involves the same specific conduct that is a subject of a pending case.

This letter constitutes the certification contemplated by the Administrative Order. Relation is appropriate in this case pursuant to the Administrative Order because the defendant, Sebastiano Saracino, will be charged with making a false statement in his naturalization application, namely denying his participation in the same criminal conduct with which certain of the <u>Gioeli</u> defendants are charged.

The Honorable Brian M. Cogan
March 10, 2010
Page 2

   Specifically, Saracino is charged with denying his affiliation with the Colombo organized crime family of La Cosa Nostra ("Colombo family") and his participation in, among other crimes, the murder of Richard Greaves. Three of the <u>Gioeli</u> defendants are charged with the murder of Richard Greaves in aid of racketeering as part of their membership in or association with the Colombo family. Accordingly, the government respectfully requests that the above-referenced case be related to <u>Gioeli</u>, in light of the fact that the defendant and three of the <u>Gioeli</u> defendants are charged with crimes arising out of the "same specific conduct," pursuant to Local Rule 50.3.

   Thank you for your consideration of this matter.

           Respectfully submitted,

           BENTON J. CAMPBELL
           United States Attorney

By: *[signature]*
   Kelly T. Currie
   Assistant U.S. Attorney
   Deputy Chief
   Criminal Division
   (718) 254-6421

*[signature]*
James D. Gatta
Assistant U.S. Attorney
(718) 254-6356

cc: John Jordan, Esq.