Law Office of John J. Jordan
400 Montgomery St. Ste. 200
San Francisco, CA 94104
jjordanesq@aol.com

Tel:  (415) 391-4814                                                                                      Fax:  (415) 391-4308

March 25, 2010

HON. BRIAN M. COGAN
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

       Re: <u>United States v. Sebastiano Saracino</u>
           CR 10-0173-BMC

Dear Judge Cogan:

      I am the attorney of record for defendant Sebastiano Saracino.  The defendant's initial appearance before the District Court is currently set for April 7, 2010 at 12:15 p.m.  The defendant is released on a $1,500,000 bond, with electronic monitoring and a curfew of between 6:30 p.m. and 6:30 a.m.  The defendant currently resides in the Northern District of California, and his pre-trial release is supervised in that district.

      I am writing to request that Your Honor allow the defendant to attend a Easter vigil mass that will be held on April 3, 2010, at 8:00 p.m., in Monterrey County.  His daughter Angela is participating in this mass.  The mass is expected to take 2 and half hours, and is being held in a Catholic mission some distance from the defendant's house.  In order to attend this mass, the curfew restrictions for the defendant would have to be amended by court order to allow the defendant to return to his residence by 11:30 p.m.

      I have spoken to AUSA James D. Gatta, and Mr. Gatta graciously agreed that the defendant could attend the mass, if Your Honor would grant this request.  I have also spoken to U.S. Pretrial Services Officer Anthony Granados, San Jose, CA, who also told me that he has no objection to this request.  I was informed by Officer Granados that Mr. Saracino is in compliance with all other conditions of his pre-trial release.

      Thank you for your consideration of this request.

                                            Sincerely,

                                            <u>/s/ John J. Jordan</u>
                                             Attorney for Sebastiano Saracino

c: AUSA Gatta
   P.O. Granados