Law Office of John J. Jordan
400 Montgomery St. Ste. 200
San Francisco, CA 94104
jjordanesq@aol.com

Tel:  (415) 391-4814                                                                      Fax:  (415) 391-4308

August 6, 2010

HON. BRIAN M. COGAN
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

       Re: <u>United States v. Sebastiano Saracino</u>
           CR 10-0173-BMC

Dear Judge Cogan:

      I am writing to request that the defendant's hearing be continued from August 24, 2010, until September 30, 2010, at anytime that day which is convenient to the Court. The defendant continues to engage in settlement discussions with the government, which would eliminate the need for a trial in this matter.  However, further time is needed to complete the discussions.  As the defendant lives out of state, the defendant requests that the case be continued by stipulation.

      In light of this request, the defendant stipulates and agrees that the time from August 24, 2010 until the new hearing date on September 30, 2010, will be excluded under the provisions of the Speedy Trial Act, and that the ends of justice served by granting a continuance to facilitate settlement of this matter outweigh the interest of the public and the defendants in a speedy trial, taking into account the need for due diligence, in accordance with Title 18, sect. 3161(h)(8)(A).

      I am informed by Assistant U.S. Attorney James Gatta that the government joins in this request.

      Thank you for your consideration of the defendant's request.

                                     Sincerely,

                                     /s/ John J. Jordan
                                   Attorney for Sebastiano Saracino