LAW OFFICE OF
JOHN J. JORDAN
400 MONTGOMERY ST, SUITE 200
SAN FRANCISCO, CALIFORNIA 94104

Tel:  (415) 391-4814                                                                            Fax:  (415) 391-4308

October 31, 2010

HON. BRIAN M. COGAN
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

       Re: <u>United States v. Sebastiano Saracino</u>
           CR 10-0173-BMC

Dear Judge Cogan:

    I am writing to request that the defendant's hearing be continued from November 3, 2010, until December 1, 2010, at 2:15 p.m., or anytime thereafter that week that is convenient to the Court.  The defendant continues to engage in final settlement discussions with the government, which would eliminate the need for a trial in this matter.  However, further time is needed to complete the discussions.  As the defendant lives out of state, the defendant requests that the case be continued by stipulation.

    In light of this request, the defendant stipulates and agrees that the time from November 3, 2010, until the new hearing date in December 2010, be excluded under the provisions of the Speedy Trial Act, and that the ends of justice served by granting a continuance to facilitate settlement of this matter outweighs the interest of the public and the defendant to a speedy trial, taking into account the need for due diligence, in accordance with Title 18, U.S.C. section 3161(H)(8)(A).

    I am informed by Assistant U.S. Attorney James Gatta that the government joins in this request.

    Thank you for your consideration of the defendant's request.

                            Sincerely,

                            /S/ John J. Jordan
                            Attorney for Sebastiano Saracino