:20 mm

## Criminal Calendar for a Guilty Plea

Before Judge _Brian M. Cogan_ U.S.D.J.

Date: _12/1/10_     Time _2:15_

DOCKET NUMBER: _10 CR 173_

DEFENDANT'S NAME: _Sebastian Saracino_
✓Present __Not Present __In Custody __Bail

DEFENSE COUNSEL: _John Jordan_
__Legal Aid __CJA ✓Retained

AUSA: _Elizabeth Geddes_ Deputy Clerk: M.. Clarke

INTERPRETER: _—_ (Language)_____

COURT REPORTER/~~ESR OPERATOR~~: _Marsha Diamond_

✓Case Called

Defendant: ✓sworn ____arraigned ____informed of rights
____Waives trial before District Court.

____Waiver of indictment executed
____Superseding Indictment/Information filed
____Defendant failed to appear, Bench Warrant Issued
____Defendant enters a plea of GUILTY to Count(s)___ of the _____
✓Defendant WITHDRAWS not guilty plea and enters a GUILTY PLEA to Counts(s) _1_
  of the _Indictment_
✓Court finds factual basis for the plea

____Sentencing set for _3/2/11_ @ _10:15_

____Deft continued on $_____ Bond.   _____ Deft continued in Custody

____Bail set in the amount of $_____ for _____

____Case adjourned until _____ for_____

Plea Agreement marked as Gov's Exhibit #1 and returned to the AUSA. Pursuant to Federal Rule 11 of Criminal Procedure Judge _Cogan_ did administer the allocution and accepted the plea. A finding has been made that the plea was made knowingly and voluntarily and the plea was not coerced.