JOHN J. JORDAN
ATTORNEY AT LAW
601 MONTGOMERY ST STE 850
SAN FRANCISCO, CA 94111

TEL: (415) 391-4814                                                                                             FAX: (415) 391-4308

May 10, 2017

<u>By ECF</u>

The Honorable Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    United States v. Sebastiano Saracino
               <u>Criminal Docket No. 10-928 (BMC)</u>

             United States v. Sebastiano Saracino
             <u>Criminal Docket No. 10-173 (BMC)</u>

Dear Judge Cogan:

      The defendant respectfully requests that the Court adjourn the sentencing in the above-referenced matters, which is currently scheduled for May 12, 2017, until September 15, 2017. The defendant has several medical procedures scheduled in the coming months, and the parties are working to complete other necessary issues prior to sentencing. The United States Attorney consents to this request.

Respectfully submitted,


<u>/s/ *John J. Jordan*</u>
JOHN J. JORDAN
Attorney for Defendant


cc:    Clerk of the Court (BMC) (by ECF)
       Asst. U.S. Attorney Elizabeth A. Geddes, (by ECF)
       Linda Fowle, Probation Department (by email)